

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00202-CV

**IN THE INTEREST OF H.E.W.M.**, a Child

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-443CCL
Honorable Kirsten Cohoon, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Regarding Possession, Access and Support is AFFIRMED.

We ORDER all costs of this appeal assessed against appellant, James Brent Mansfield.

SIGNED April 15, 2020.

_____
Luz Elena D. Chapa, Justice

---

[1]The Honorable Bill Palmer, formerly the presiding judge of the 451st Judicial District Court of Kendall County, Texas, presided over the hearing on appellant's counter-petition to modify the parent-child relationship and signed an order denying the request to modify child support. The Honorable Kirsten Cohoon signed the final order that disposed of all issues in the modification proceeding.